JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHET CHANTHAVY, | Case No.: 8:16-cv-00415 |
| Plaintiffs, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| DEVRY EDUCATION GROUP INC., formerly known as DeVry, Inc., a corporation, and DEVRY UNIVERSITY, INC., a corporation, | Complaint Filed: March 4, 2016 |
| Defendants. | Judge Michael W. Fitzgerald |

**ORDER**

Having considered the Joint Stipulation by Plaintiff Phet Chanthavy and Defendants DeVry Education Group Inc. and DeVry University, Inc. ("Defendants") to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for good cause appearing therefore,

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 20, 2016

_____
The Honorable Michael W. Fitzgerald
United States District Court Judge

RESPECTFULLY SUBMITTED BY:

___/s/ Ari E. Moss_____
Ari E. Moss, Esq. (SBN 238579)
LAW OFFICES OF ARI MOSS
15300 Ventura Boulevard, Suite 207
Sherman Oaks, California 91403
Telephone: (310) 982-2984
Attorney for Plaintiff Phet Chanthavy